**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**September 4, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

In re: DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

Petitioners.

No. 26-1336
(D.C. No. 1:25-CV-03428-RBJ)
(D. Colo.)

---

**ORDER**

---

In light of the information provided by the Petitioners and the State in connection with pending motions they have filed in this matter, the briefing deadlines set forth in our orders of August 26 and 27, 2026, are vacated. A new briefing schedule will be established at a later date.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk